# In The United States Court Of Appeals
## FOR THE DISTRICT OF COLUMBIA

**September Term 2012**

Case Nos.  13-5207                               1:11-cv-00114-RJL

Wilbert Harris,

    Appellant

    v.

United States Department of Veterans Affairs,

    Appellee

### CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellant certifies as follows:

    A.    Parties, Intervenor, and Amici Curiae.

    B.    Rulings Under Review.

The ruling under review is the June 7, 2013 order from the United States District Court for the District of Columbia (Judge Richard J. Leon) in civil action No. 11-cv-114, granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

    C.    Related Cases

        None.

Respectfully submitted,

*Donald M. Temple, Esq.*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1101 15th Street, N.W.
Suite 910
Washington, DC 20005
202-628-1101 telephone
202-628-1149 fax
dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August 2013, a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

R. Craig Lawrence
Office of the Attorney General
Civil Division
555 4th Street, N.W.
Washington, DC 20530

*Donald M. Temple*
Donald M. Temple
